# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

**STEVEN SWANSON**
**ADC #149838**                                                            **PLAINTIFF**

**v.**                              **CASE NO: 4:11cv00406 BSM/HDY**

**FAULKNER COUNTY**
**DETENTION CENTER et al.**                                    **DEFENDANTS**

## <u>ORDER</u>

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's claims against the Faulkner County Detention center are DISMISSED, and the detention center's name is removed as a party defendant.

DATED this 25th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE