**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

STEVEN SWANSON                                                                                              PLAINTIFF
ADC #149838

V.                                            NO: 4:11CV00406 BSM/HDY

FAULKNER COUNTY
DETENTION CENTER *et al*.                                                                         DEFENDANTS

**ORDER**

On August 10, 2011, the Court entered an order scheduling this matter for a pre-jury evidentiary hearing on November 7, 2011 (docket entry #20). That order also directed Plaintiff to file a notice of his intent to continue with the prosecution of this case, along with a statement of facts, and a list of any witnesses proposed for the hearing, no later than September 12, 2011. Plaintiff was warned that his failure to provide a notice of his intent to continue with the prosecution of the case and a statement of facts could result in the dismissal of his complaint. To date, Plaintiff has not responded to the order. However, in light of Plaintiff's *pro se* status, he will be granted an additional 14 days to respond.

IT IS THEREFORE ORDERED THAT Plaintiff file a notice of his intent to continue with the prosecution of this case, along with a statement of facts, and a list of any proposed witnesses for the hearing, no later than 14 days after the entry of this order. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

IT IS SO ORDERED this __13__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE